■ In the Matter of GLORIA ORTIZ, Appellant, v SILVINO COLON, Respondent. [938 NYS2d 427]

Dismissal of the petition was appropriate since petitioner failed to establish by a preponderance of the evidence that respondent committed acts that would constitute harassment in the second degree (Penal Law § 240.26 [2]; Family Ct Act § 832). There exists no basis to disturb the credibility determinations of the Family Court (*see Matter of Everett C. v Oneida P.*, 61 AD3d 489 [2009]). Concur—Mazzarelli, J.P., Saxe, Moskowitz, Freedman and Manzanet-Daniels, JJ.